Commonwealth *v.* Mosley, Appellant.
Commonwealth *v.* Wise, Appellant.

Argued March 19, 1970. *Geoffrey A. Wilson,* Assistant Defender, with him *Thomas D. Watkins* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellants; *Joel S. Moldovsky,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Nauss, Appellant.

Submitted March 16, 1970. *Philip Bagdon,* for appellant; *Leonard S. Goodman,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.